**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DR. WALLACE C. POTTS,

Plaintiff,

v.

ARETUM, LLC,
a Delaware Limited Liability Company,

Defendant.

C.A. No. 1:26-cv-01129-UNA

**MOTION TO SEAL COMPLAINT AND EXHIBIT A THERETO**

Plaintiff Dr. Wallace C. Potts ("Plaintiff"), by and through his undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 5.2 and Local Rule 5.1.3 of the United States District Court for the District of Delaware for leave to file the Complaint and Exhibit A under seal, and for entry of the attached proposed order. In support thereof, Plaintiff states as follows:

Good cause exists to seal the Complaint and Exhibit A to the Complaint. In the Third Circuit, there is a presumption of public access to judicial documents, but that presumption may be overcome where the interest in secrecy outweighs the presumption of access. *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019). Courts will grant a motion to seal where the movant demonstrates that the material sought to be protected is the kind of information courts will protect and that disclosure will cause a clearly defined and serious injury. *Kaleo, Inc. v. Adamis Pharms. Corp.*, 2019 WL 11680196, at *1 (D. Del. July 16, 2019). "Documents containing trade secrets or other confidential business information may be protected from disclosure." *Leucadia v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 166 (3d Cir. 1993).

Here, the Complaint concerns Plaintiff's claims for retaliation and breach of his employment agreement after was wrongfully terminated for having blown the whistle on misrepresenations made to the United States Government in connection with a product offered by Defendant. The Complaint necessarily contains certain confidential product-related information of Defendant. Pursuant to Plaintiff's Employment Agreement with Defendant (attached to the Complaint at Exhibit A), Plaintiff is contractually obligated to maintain the confidentiality of certain information and to request confidential treatment when disclosing it in connection with litigation. The Employment Agreement further provides that any filing containing Defendant's trade secrets must be filed under seal and shall not be disclosed except pursuant to court order. Accordingly, Plaintiff seeks leave to file the Complaint and Exhibit A under seal to comply with these contractual obligations.

Furthermore, the Complaint and Exhibit A should be permitted to be filed under seal because product details are not necessary for public understanding of the claims asserted in this action and the interest in maintaining the confidentiality of this proprietary information therefore outweighs the presumption of public access.

WHEREFORE, Plaintiff respectfully requests that this Court grant the Motion and enter the attached Proposed Order permitting the Complaint and Exhibit A to the Complaint to be filed under seal.

Dated: September 8, 2026

**FOX ROTHSCHILD LLP**

*<u>/s/ Sidney S. Liebesman</u>*

Sidney S. Liebesman (DE #3702)
Danielle I. Bell (DE #7367)
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 622-4237
sliebesman@foxrothschild.com
dibell@foxrothschild.com