**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DR. WALLACE C. POTTS,<br><br>Plaintiff,<br><br>v.<br><br>ARETUM, LLC,<br>a Delaware Limited Liability Company,<br><br>Defendant. | C.A. No. 1:26-cv-01129-UNA |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO SEAL THE COMPLAINT AND EXHIBIT A THERETO**

AND NOW this ______ day of ____________, 2026, having considered Plaintiff's Motion to File Complaint and Exhibit A Thereto Under Seal;

IT IS HEREBY ORDERED that the Motion is **GRANTED**. Plaintiff shall file a redacted version of the Complaint and Exhibit A thereto on the public docket within seven (7) days of the date of this Order.

______________________________
United States District Judge